ORIGINAL

BLOOM,
I/M 70714
P.O. BOX 1568
HUTCHINSON,
KS. 67504



FILED

NOV 1 0 2009

Clerk, U.S. District Court
By: _____ Deputy Clerk

IN U.S. DIST. CT., DIST. KANSAS

BLOOM, Plaintiff,
vs.
McPHERSON, et al.,
Defendants.

CASE No.
07-CV-
☑-3258-
SAC

MOTION FOR VOLUNTARY
RECUSAL

Pursuant Fed.R. Civ.P. Rule 7(b).

COMES NOW pro se BLOOM;
AND MOVES This COURT TO:

"VOLUNTARILY RECUSE ITS
OWN SELF."

~ 1 OF 2 ~

07-CV-3258- SAC

Respectfully Submitted;

Steven Bloom, Pro se

STEVEN KENT BLOOM, I/M 70714
C/o H.C. Hutchinson Corr. Felty.
P.O. BOX 1568
HUTCHINSON KS 67504

CERTIFICATE SERVICE

This case is ex-party
at this time; No servie
or entry of apperances
have been made. 11-09-09

Steven K Bloom

STEVEN KENT BLOOM, I/m 70714

— 2 OF 2 —