FILED
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**November 16, 2012**

———————————————

**Elisabeth A. Shumaker**
**Clerk of Court**

STEVEN KENT BLOOM,

    Plaintiff - Appellant,

v.

KAREN MC PHERSON, Registered
Nurse, Correct Care Solutions, Lansing
Correctional Facility; MARY
MONTGOMERY, Registered Nurse,
Correct Care Solutions, Lansing
Correctional Facility,

    Defendants - Appellees.

No. 12-3273
(D.C. No. 5:07-CV-03258-SAC)

———————————————

## ORDER

———————————————

    Appellant has not complied with the court's order of October 16, 2012.  The court

advised in its order that failure to comply with the directives may result in dismissal.  In

accordance with the advisement in the October 16, 2012 order, this appeal is dismissed

for lack of prosecution.  10th Cir. R. 3.3(B), 42.1.

    A copy of this order shall stand as and for the mandate of this court.


    Entered for the Court


    ELISABETH A. SHUMAKER, Clerk